# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| WATLEY SEED COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 09-CV-1322-EFM/KMH |
| vs. ) | |
| ) | |
| RICHARD FLAX, ARLEN FLAX, ) | |
| GOLDEN BELT CO-OP ASS'N, INC., ) | |
| DEAN GOTTSCHALK, AUGUST HERMAN, JR., ) | |
| LELAND WERTH, JOHN FISCHER, ) | |
| and JOHN DOES 6-50, ) | |
| ) | |
| Defendants. ) | |

## ANSWER TO COUNTERCLAIM OF GOLDEN BELT COOP ASSOCIATION, INC.

Plaintiff/Counter-Claim Defendant Watley Seed Company ("Watley") offers the following admissions, denials, and affirmative defenses to Defendant/Counter-Claim Plaintiff Golden Belt Coop Association, Inc.'s ("Golden Belt") Counterclaim.

1. Unless specifically admitted herein, Watley denies each and every allegation in Golden Belt's Counterclaim.

2. Watley denies all allegations – unless specifically admitted – in Paragraph 1 of Golden Belt's Counterclaim.

3. Watley admits the allegations in Paragraphs 2 and 4 of Golden Belt's Counterclaim.

4. Watley denies the allegations in Paragraphs 3, 5, and 7 of Golden Belt's Counterclaim.

5. Watley denies the allegations in Paragraph 6 of Golden Belt's Counterclaim and further states that there is no legal basis for Golden Belt's assertion that Watley was required by law to contact Golden Belt in advance of suing to enforce Watley's intellectual property rights.

6. Watley asserts the following affirmative defenses to Golden Belt's Counterclaim: failure to state a claim upon which relief may be granted; Golden Belt's damages are not of the nature or extent as pled; Golden Belt has not mitigated its damages; and setoff.

Watley therefore respectfully requests that this Court dismiss Golden Belt's Counterclaim, award Watley all relief previously sought, further award Watley its costs and attorneys fees for defending against Golden Belt's Counterclaim, and all other and further relief as deemed equitable and just.

FOULSTON SIEFKIN LLP

By:  s/ Toby Crouse
    Toby Crouse, #20030

9 Corporate Woods, Suite 450
9200 Indian Creek Parkway
Overland Park, Kansas 66210-2017
Telephone: (913) 498-2100
Facsimile: (913) 498-2101
Email: tcrouse@foulston.com

Mark Murphey Henry (admitted *Pro Hac Vice*)
HENRY LAW FIRM
P. O. Box 8850
Fayetteville, Arkansas 72702
Telephone: (479) 695-1330
Facsimile: (479) 695-1332
Email: mark@henrylawfirm.net

ATTORNEYS FOR PLAINTIFF

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2010, I electronically filed the above and foregoing *Answer to Counterclaim of Golden Belt Coop Association, Inc.* with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

John W. Johnson
Kristen Wheeler Maloney
MORRIS, LAING, EVANS, BROCK
   & KENNEDY, CHTD.
300 N. Mead, Suite 200
Wichita, KS  67202
ATTORNEYS FOR RICHARD FLAX & ARLEN FLAX


Ross Wichman
ANDERSON & WICHMAN
P. O. Box 1700
Hays, KS  67601
ATTORNEY FOR GOLDEN BELT COOP
ASSN INC.


                                      /s/ Toby Crouse_____